**Order entered September 4, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00551-CV**

**LARRY ADAMS AND LYNN ADAMS, Appellants**

**V.**

**ARTURO LOPEZ, ET AL., Appellees**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02031-2020**

**ORDER**

On July 24, 2020, after appellants informed the Court the parties had settled the underlying dispute but had not yet finalized the settlement terms, we suspended the deadline for appellants to verify they had paid for the reporter's record and ordered appellants to file either a motion to dismiss or status report no later than August 24, 2020. In accordance with our order, appellants have filed a letter informing the Court "the parties are still seeking to memorialize the final terms."

Based on the status report, we **ORDER** appellants to file either a motion to dismiss or another status report no later than October 5, 2020.

/s/    ERIN A. NOWELL
        JUSTICE